Vachagan Abed-Stephen
Susie Abed-Stephen
1606 Glenmont Drive
Glendale, CA 91207
Telephone 818-634-1616
Fax 818-244-3662
talinstephen@yahoo.com

Plaintiffs in Pro per

FILED
CLERK, U.S. DISTRICT COURT
APR 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VACHAGAN ABED-STEPHEN, an individual, SUSIE ABED-STEPHEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ZWICKER & ASSOCIATES, P.C., and Does 1-10, inclusive,<br><br>Defendants | CASE NO. 2:12-cv-00672-R(FFMx)<br><br>**FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY** |

The Plaintiffs, Vachagan Abed-Stephen and Susie Abed-Stephen, complain against the Defendant, ZWICKER & ASSOCIATES, P.C., allege and state their claim as follows:

///

- 1 -
**VERIFIED COMPLAINT**

## PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692 et seq.

## PARTIES

2. Plaintiff, Vachagan Abed-Stephen ("Plaintiff" or "Mr. Abed-Stephen") and Plaintiff, Susie Abed-Stephen ("Plaintiff" or "Mrs. Abed-Stephen") are each a natural person and at all times a resident of the state of California and the County of Los Angeles, and a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

3. Defendant Zwicker & Associates, P.C. ("Defendant" or "Zwicker") is a "debt collector" as that term is defined by 15 U.S.C. §1692a(6).

4. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

5. Jurisdiction of this Court arises pursuant to 15 U.S.C. §1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount

"in controversy," and 28 U.S.C. §1331 grants this court original jurisdiction of all civil actions arising under the laws of the United States.

6. Venue lies properly in this district pursuant to 28 U.S.C. §1391(b).

7. Declaratory relief is available pursuant to 28 U.S.C. §§2201 and 2202.

## FACTUAL ALLEGATIONS

8. At all pertinent times hereto, Defendant was hired to collect a consumer debt and attempted to collect that debt from Plaintiff.

9. The alleged debt at issue arose out of transactions, which were primarily for personal, family, or household purposes.

10. Plaintiffs are informed and believe and thereon allege that Zwicker pulled Susie Abed-Stephen's credit report in July of 2011.

11. Plaintiff Susie Abed-Stephen sent a Notice of Dispute and Violation ("Dispute Letter") on or about July 8, 2011 by certified mail return receipt 70091410000093814416. Per the U.S. Postal service at www.usps.com, the dispute letter was received by defendant on July 14, 2011. A true and correct copy of the dispute letter and postal receipt is

attached hereto as Exhibits "1" and "2" respectively and incorporated herein by this reference.

12. Defendant Zwicker has never properly validated the account as required by law. 15 U.S.C. §1692g(b) requires the debt collector to cease collection of the debt at issue if a written dispute is received within the 30-day validation period until verification is obtained. Further, there is nothing in the FDCPA that requires a response to a written dispute **if the debt collector chooses to abandon its collection effort with respect to the debt at issue.** *See Smith v. Transworld Systems, Inc.*, 953 F.2d 1025, 1032 (6th Cir. 1992).

13. On or about November 2, 2011, Zwicker caused to file Case Number 11C07839 against Plaintiff Mrs. Abed-Stephen, which constituted continued collection activity defined by 15 U.S.C. §1692g(b). Defendant conducted its debt collection activities in ways that were factually misrepresented and in violation of the FDCPA.

14. Plaintiffs have suffered actual damages as a result of these illegal collection communications in the form of humiliation, anger, anxiety, emotional distress, fear, frustration, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive

invasions of personal privacy at the Plaintiffs' home.

## FIRST CLAIM FOR RELIEF
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692 et seq.

15. Plaintiffs incorporate by reference all of the above paragraphs of this Complaint as though fully stated herein.

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692 generally;

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt;

   c. Defendant violated §1692g(b) of the FDCPA by continuing collection activity when it filed Case Number 11C07839 on or about November 2, 2011 on behalf of Nordstrom FSB to collect a debt.

17. As a direct and proximate result of one or more or all of the statutory violations above, Plaintiffs have suffered emotional distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request judgment be entered against Defendant, ZWICKER & ASSOCIATES, INC., for the following:

a. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

b. Statutory damages pursuant to the FDCPA, 15 U.S.C. §1692k, $1,000.00 per day from November 2, 2011 and accruing daily thereon, to each Plaintiff,

c. Actual damages,

d. Costs and reasonable attorneys' fees, if and when applicable, pursuant to the FDCPA, 15 U.S.C. §1692k,

e. Any other relief that this Honorable Court deems appropriate.

Respectfully submitted this 11th day of April, 2012.

_____
Vahagn Abed-Stephen, Plaintiff in Pro Per

_____
Susie Abed-Stephen, Plaintiff in Pro Per

### DEMAND FOR TRIAL BY JURY

PLEASE TAKE NOTICE that Plaintiffs demand a trial by jury in this case.

_____
Vahagn Abed-Stephen, Plaintiff in Pro Per

_____
Susie Abed-Stephen, Plaintiff in Pro Per

- 6 -
**VERIFIED COMPLAINT**

## VERIFICATION

I, Vachagan Abed-Stephen, am the Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this ___11___ day of April, 2012, in Glendale, California.

_____
Vachagan Abed-Stephen

I, Susie Abed-Stephen, am the Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this ___11___ day of April, 2012, in Glendale, California.

_____
Susie Abed-Stephen

- 7 -
**VERIFIED COMPLAINT**

# Exhibit 1

**VERIFIED COMPLAINT**

## PLAINTIFFS' EXHIBITS

| | |
|---|---|
| Notice of Dispute | 1 |
| Delivery Confirmation | 2 |

**VERIFIED COMPLAINT**

Susie Stephen
730 S Central Avenue room 206
Glendale, CA [91202]
(818) 500-1616 Office

July 8th, 2011

Certified mail: 70091410000093814416

ZWICKER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
80 Minuteman Road,
Andover, MA 01810-1008

Dear Sirs:

Or I recently received a letter from you indicating I owe you some money, and bunch of statements.

I've never heard of ZWICKER & Associates, P.C. collection attorneys name before.

I have never bought any merchandise whatsoever from your firm nor to the best of my knowledge and belief have they ever performed any service for me of any kind whatsoever.
I would like to resolve this matter at the earliest possible time, however due to the possibility of error or fraud in this matter, I must insist that you prove that I owe you this purported debt and why.

In order to prove the debt, I must have a signed and sworn statement before notary public under penalty of perjury by a person having firsthand knowledge of the indebtedness and stating that the reported indebtedness was a legal indebtedness under all applicable state and federal laws, was not subsequently disputed as a result of returned, faulty, or recalled consumer products, and furthermore swearing that this purported debt is not now nor ever has been part of any tax write off scheme nor insurance claim. Please be advised that I am requesting validation and competent evidence that I had some contractual obligation sans consumer protection encumbrance whereby I incurred the original claims associated with this purported debt.

Please be advised that under the Fair Debt Collection Practices Act, I am authorized to demand that you not contact me by telephone nor at my place of employment by any means whatsoever. If you wish to communicate with me, you may do so only by U.S. mail and only at my place of residence.

Your failure to provide such information as I request in a timely manner may constitute prima facie evidence of intent to defraud, intimidate or coerce me and to deprive me of my civil rights.

Page 1 of 2 Validation Letter-1

Susie Stephen
730 S Central Avenue room 206
Glendale, CA [91202]
(818) 500-1616 Office

Please be advised that any contact made by your firm with any 3rd party firm or entity regarding this issue absent compliance with each and every part of this demand for validation may constitute violation of the FDCPA and the FCRA and may constitute grounds for civil or criminal action or complaints being filed against you.

I do hope that you can understand and that we can settle this matter in an amicable fashion at the earliest possible moment.

Sincerely,

By: _____

Susie Stephen

ALL RIGHTS RESERVED

# Exhibit 2

- 10 -
**VERIFIED COMPLAINT**

English    Customer Service    USPS Mobile                                          Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools          Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

You entered: 70091410000093814416

**Status: Delivered**
Your item was delivered at 11:18 am on July 14, 2011 in ANDOVER, MA 01810.
Additional information for this item is stored in files offline.

You may request that the additional information be retrieved from the archives, and that we send you an e-mail when this retrieval is complete. Requests to retrieve additional information are generally processed within four hours. This information will remain online for 30 days.

I would like to receive notification on this request

Restore

**Find Another Item**
What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2012 USPS. All Rights Reserved.

09/13/2010, 08/17/2010, 08/10/2010,
08/08/2010, 08/06/2010, 05/06/2010,
05/02/2010, 04/19/2010, 04/05/2010,
03/18/2010, 03/16/2010, 03/10/2010,
02/18/2010, 02/05/2010, 01/19/2010,
01/06/2010, 12/06/2009, 12/02/2009,
11/14/2009, 11/05/2009, 10/14/2009,
10/05/2009, 10/01/2009, 09/16/2009

## AMERICAN EXPRESS

Address:
19640 N 31ST ST. AVE
PHOENIX AZ 85027
*No phone number available*

Date of Request:
08/06/2011, 11/17/2009, 09/10/2009

## AMERICAN EXPRESS 2

Address:
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

Date of Request:
08/02/2011

## AMERICAN EXPRESS CO

Address:
PO BOX 981537
EL PASO TX 79998
(800) 874-2717

Date of Request:
07/29/2011

## ZWICKER & ASSOCIATES P C

Address:
80 MINUTEMAN RD
ANDOVER MA 01810
*No phone number available*

Date of Request:
07/28/2011, 05/17/2011, 10/29/2009

## GMAC MORTGAGE

Address:
PO BOX 4622
WATERLOO IA 50704
(800) 766-4622

Date of Request:
07/25/2011

## ZWICKER & ASSOCIATES P C

Address:
80 MINUTEMAN RD

Date of Request:
05/20/2011



Prepared for: **SUSIE ABED STEPHEN**
Date: **September 27, 2011**
Report number: **1514-1348-09**

Page 22 of 24

**AMERICAN EXPRESS** 19640 N 31ST ST. AVE   PHOENIX AZ 85027
No phone number available
Date of inquiry: Aug 06, 2011; Nov 17, 2009; Sep 10, 2009

**AMERICAN EXPRESS 2** PO BOX 981537   EL PASO TX 79998
(800) 874 2717
Date of inquiry: Aug 02, 2011

**AMERICAN EXPRESS CO** PO BOX 981537   EL PASO TX 79998
(800) 874 2717
Date of inquiry: Jul 29, 2011

**ZWICKER & ASSOCIATES P C** 80 MINUTEMAN RD   ANDOVER MA 01810
No phone number available
Date of inquiry: Jul 28, 2011; May 17, 2011; Oct 29, 2009

**GMAC MORTGAGE** PO BOX 4622   WATERLOO IA 50704
(800) 766 4622
Date of inquiry: Jul 25, 2011

**ZWICKER & ASSOCIATES P C** 80 MINUTEMAN RD   ANDOVER MA 01810
No phone number available
Date of inquiry: May 20, 2011

**SPRINGBOARD NON PROFIT C** 4351 LATHAM ST   RIVERSIDE CA 92501
No phone number available
Date of inquiry: May 04, 2011

**NORTHLAND GROUP, INC** 7831 GLEN ROY ROAD   EDINA MN 55439
No phone number available
Date of inquiry: Apr 08, 2011

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
No phone number available
Date of inquiry: Mar 30, 2011; Mar 04, 2011; Feb 17, 2011; Feb 08, 2011

**CONSUMERINFO.COM**
No phone number available
Date of inquiry: Feb 08, 2011

**CONSUMERINFO.COM** PO BOX 19729   IRVINE CA 92623
No phone number available
Date of inquiry: Dec 22, 2010; Aug 18, 2010; Jul 18, 2010; Apr 06, 2010; Feb 19, 2010; Feb 06, 2010; Jan 18, 2010; Dec 15, 2009; Oct 20, 2009; Oct 18, 2009; Oct 16, 2009; Oct 08, 2009

**CONSUMERINFO.COM INC** PO BOX 19729   IRVINE CA 92623
No phone number available
Date of inquiry: Dec 05, 2010; Nov 09, 2010; Nov 05, 2010; Oct 06, 2010; Sep 13, 2010; Aug 17, 2010; Aug 10, 2010; Aug 08, 2010; Aug 06, 2010; Jul 05, 2010; Jul 02, 2010; Jun 18, 2010; May 20, 2010; May 06, 2010; May 02, 2010; Apr 19, 2010; Apr 05, 2010; Mar 18, 2010; Mar 16, 2010; Mar 10, 2010; Feb 18, 2010; Feb 05, 2010; Jan 19, 2010; Jan 06, 2010; Dec 06, 2009; Dec 02, 2009; Nov 14, 2009; Nov 05, 2009; Oct 14, 2009

**CLIENT SERVICES INC** 3451 HARRY S TRUMAN BLVD   SAINT CHARLES MO 63301
No phone number available
Date of inquiry: Nov 08, 2010

**CIC/CREDITREPORT.COM** 18500 VON KARMAN AVE STE 900   IRVINE CA 92612
No phone number available
Date of inquiry: Oct 23, 2010

**CIC/CREDITREPORT.COM** 18500 VON KARMAN AVE STE 900   IRVINE CA 92612
No phone number available
Date of inquiry: Oct 23, 2010

**CIC/CREDITREPORT.COM** 18500 VON KARMAN AVE STE 900   IRVINE CA 92612
No phone number available
Date of inquiry: Oct 23, 2010

**RGS FINANCIAL INC** 1700 JAY ELL DR STE 200   RICHARDSON TX 75081
No phone number available
Date of inquiry: Sep 14, 2010

**EQUIFAX CONSUMER SVCS** 1550 PEACHTREE ST NE   ATLANTA GA 30309
No phone number available
Date of inquiry: Aug 17, 2010; Aug 10, 2010; Aug 08, 2010; Aug 06, 2010; Jul 14, 2010; Jul 05, 2010; Jul 02, 2010; Jun 18, 2010; May 20, 2010; May 06, 2010; May 02, 2010; Apr 19, 2010; Apr 05, 2010; Mar 18, 2010; Mar 16, 2010; Mar 10, 2010; Feb 18, 2010; Feb 05, 2010; Jan 19, 2010; Jan 06, 2010; Dec 06, 2009; Dec 02, 2009; Nov 14, 2009; Nov 05, 2009; Oct 14, 2009; Oct 05, 2009; Oct 01, 2009; Sep 16, 2009; Sep 08, 2009; Sep 05, 2009

**BANK OF AMERICA** PO BOX 25118   TAMPA FL 33622
(800) 432 1000
Date of inquiry: Jul 02, 2010

**HSBC NV CARD SERVICES** 12447 SW 69TH AVE   TIGARD OR 97223
No phone number available
Date of inquiry: Jun 23, 2010



002008Z113

# CREDIT FILE : December 5, 2011

Confirmation # 130034938

>>> **We have researched the credit account.** Account # - **822365*** **The results are:** The disputed information has been verified and/or updated. The date closed has been updated. The last payment date and date of last activity are reporting correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Nordstrom FSB, PO Box 13589, Scottsdale AZ 85267-3589 Phone: (800) 964-1800**

## Nordstrom FSB    PO Box 13589  Scottsdale AZ 85267-3589 : (800) 964-1800

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 822365* | 11/2007 | $0 | $2,500 | | Monthly | 23 | Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2011 | $5,090 | $5,090 | 04/2009 | $0 | $0 | 11/2008 | 04/2009 | 04/2009 | $5,090 | | $0 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Account Closed By Credit Grantor; Charge;

**Account History with Status Codes**

| | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | L | L | L | 4 | 3 | 2 | 1 | |

>>> **We have researched the credit account.** Account # - **438864184395*** **The results are:** Equifax has verified that this item has been reported correctly. The last payment date and date closed have been updated. This creditor/agency has verified to Equifax that the date of last activity is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Capital One, PO Box 30281, Salt Lake City UT 84130-0281**

## Capital One Bank USA Na    PO Box 30281  Salt Lake City UT 84130-0281

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 438864184395* | 12/2000 | $6,990 | $6,000 | | Monthly | 99 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/2011 | $0 | $0 | 08/2009 | $0 | $0 | 08/2008 | 03/2009 | 03/2009 | $0 | | $0 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account; Credit Card;

**Account History with Status Codes**

| | 10/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 |
|---|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 | 1 |

>>> **We have researched the credit account.** Account # - **100000000070678*** **The results are:** The date closed has been updated. Additional information has been provided from the original source regarding this item. Equifax has verified that this item has been reported correctly. The last payment date and date of last activity are reporting correctly. If you have additional questions about this item please contact: **Chase, 2500 223rd Street SE, Cpc1206, Bothell WA 98021**

( Continued On Next Page )



Prepared for: **SUSIE ABED STEPHEN**
Date: **September 27, 2011**
Report number: **1514-1348-09**

Page 10 of 24

## Your accounts that may be considered negative (continued)

Account history - *If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made.* ND: No Data.

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **AAP** = Actual amount paid ($)

### MACYS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Feb11 | Jan11 | Jul10 | May10 | Oct09 | | |
| AB | 0 | 0 | 0 | 13,561 | | | |
| DPR | Feb18 | Feb18 | Feb18 | ND | | | |
| SPA | ND | ND | ND | ND | | | |
| AAP | ND | ND | ND | ND | | | |

*The original amount of this account was $42,496*

PO BOX 8218
MASON OH 45040
**Phone number**
(800) 243 6552
**Partial account number**
490469125....
**Address identification number**
0175962422

**Date opened** Oct 2005
**First reported** Jan 2010
**Date of status** Jul 2010

**Type** Revolving
**Terms** Not reported
**Monthly payment** Not reported

**Credit limit or original amount** Not reported
**High balance** Not reported

**Recent balance** $2,241 as of Sep 2011

**Responsibility** Individual
**Status** Account charged off. $2,241 written off. $2,241 past due as of Sep 2011.
This account is scheduled to continue on record until Oct 2016.
**Creditor's statement** "Account closed at credit grantor's request."
This item was updated from our processing of your dispute in Sep 2011.

**Payment history**

| 2011 | | | | | | | | | | | | | 2010 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | | | |
| CO | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | | | | | |

### NORDSTROM

PO BOX 13589
SCOTTSDALE AZ 85267
**Phone number**
(800) 964 1800
**Partial account number**
822365....
**Address identification number**
0175962422

**Date opened** Nov 2007
**First reported** Nov 2007
**Date of status** Apr 2009

**Type** Revolving
**Terms** $2,500
**Monthly payment** Not reported

**Credit limit or original amount** $2,500
**High balance** $5,115

**Recent balance** $5,090 as of Apr 2009

**Responsibility** Individual
**Status** Account charged off. $5,090 written off. $5,090 past due as of Apr 2009.
This account is scheduled to continue on record until Sep 2015.
**Creditor's statement** "Account closed at credit grantor's request."
This item was updated from our processing of your dispute in Sep 2011.

**Payment history**

| 2009 | | | | | | | | | | | | | 2008 | | | | | | | | | | | | 2007 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| CO | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

0020082113

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I, Shari Proebsting, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 1022 Irving Ave., Glendale, CA 91201.

On April 11, 2012, I served the following:

PLAINTIFFS' FIRST AMENDED COMPLAINT

On interested parties in said action by United States Mail, postage prepaid, addressed as follows:

Zwicker & Associates P.C.
Attorneys at Law
199 South Los Robles Ave.
Suite # 410
Pasadena, CA 91101

I personally deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Corona, California, in the ordinary course of business. I am not a registered California process server.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2012, at Glendale, California

By: S. Proebsting